# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**PAUL FARIS,**

                **Plaintiff,**

   v.                                       **CASE NO: 2:21-cv-00126**

**FOND DU LAC SCHOOL DISTRICT
and ABC INSURANCE COMPANY,**

                **Defendant.**
_____

## STIPULATION FOR DISMISSAL
_____

**NOW COMES** Plaintiff, Paul Faris, by his counsel, Cade Law Group, LLC, and Defendants, Fond Du Lac School District ("District") and Community Insurance Corporation (improperly identified as ABC Insurance Company), by their counsel, Lindner & Marsack, S.C., and hereby stipulate that the above-captioned matter shall be dismissed with prejudice, and without costs or fees to either party.

Dated this 30th day of December, 2021.

| | |
|---|---|
| s/Nathaniel Cade, Jr. | /s/ Oyvind Wistrom . |
| Nathaniel Cade, Jr | Oyvind Wistrom |
| Wisconsin State Bar No. 1028115 | Wisconsin State Bar No. 1024964 |
| Cade Law Group LLC | Samantha Wood |
| P.O. Box 170887 | Wisconsin State Bar No. 1091367 |
| Milwaukee, WI 53217 | Lindner & Marsack, S.C. |
| Telephone: (414) 255-3802 | 411 E. Wisconsin Avenue, Suite 1800 |
| Fax: (414) 255-3804 | Milwaukee, WI 53202-4498 |
| nate@cade-law.com | Telephone: (414) 273-3910 |
| | Fax: (414) 273-0522 |
| *Attorneys for Plaintiff, Paul Faris* | owistrom@lindner-marsack.com |
| | swood@lindner-marsack.com |
| | |
| | *Attorneys for Defendants, Fond Du Lac School District ("District") and Community Insurance Corporation* |